PROB 12B
(NYEP-11/25/02)

TANYA M. PARRIS, USPO

# United States District Court

## for the

## Eastern District of New York

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Gloria McField**  Case Number **02-CR-1146-01**

Name of Sentencing Judicial Officer: **The Honorable Allyen R. Ross, U.S. District Court Judge**

Date of Original Sentence: **April 21, 2004**

Original Offense: **Manufacture of a Controlled Substance, 21 U.S.C. § 856(a)(2) & 856(b), a Class C felony**

Original Sentence: **Three years probation, and a $100 special assessment fee with the following special conditions: 1) the defendant shall participate in substance abuse treatment with a provider selected by the probation department. Treatment may include outpatient or residential treatment as determined by the probation department. The defendant shall abstain from all illegal substances and or alcohol. The defendant shall contribute to the cost of services rendered or medications prescribed via co-payment or full payment in an amount approved by the probation department, based on the defendant's ability to pay and or the availability of third party payment. 2) the defendant shall submit her person, residence, place of business, vehicle, or any other premises under her control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of release may be found; the search must also be conducted in a reasonable manner and at a reasonable time; failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition.**

Type of Supervision: **Probation**  Date Supervision Commenced: **April 21, 2004**

============================================================

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.

☒ To modify the conditions of supervision as follows:

The defendant shall participate in an outpatient and/or inpatient mental health treatment program as approved by the Probation Department. The defendant shall adhere to any psycho-tropic medication regime that is prescribed by a licensed mental health professional. The defendant shall pay the costs of such treatment and/or medication to the degree he or she is reasonably able, and shall cooperate in securing any available third party payment, such as insurance or medicare. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Prob 12B / Page 2

## CAUSE

On June 7, 2005, the offender tested positive for cocaine. During an office contact on June 22, 2005, the offender admitted to cocaine use and informed she was experiencing feelings of depression and anxiety. The offender is currently receiving outpatient drug treatment at the Counseling Service, Eastern District of New York. She attends treatment three times per week, and submits to random drug testing at least two times per week. The offender has developed positive relationships at the program and requested to continue attending that program for substance abuse treatment.

The offender requested mental health treatment to be able to talk with someone about her feelings. Although the Counseling Service referred the offender for a psychiatric evaluation, and she was deemed appropriate for mental health counseling, the offender reported that traveling to the Manhattan program would be difficult. Since the offender would continue to attend the Counseling Service for substance abuse treatment, she would be referred for another evaluation at one of our contract agencies, Clearway, to determine the extent of her mental health dysfunction. If mental health treatment is recommended, the offender wouldl receive mental health treatment at Clearway in Brooklyn.

Attached is the Probation Form 49, Waiver of Hearing to Modify Conditions, signed by the offender voluntarily agreeing to mental health treatment.

Respectfully submitted by,

Tanya M. Parris
Senior U.S. Probation Officer

Approved by,

Arthur M. Swasey
Supervising U.S. Probation Officer
Date: 6/29/05

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

Signature of Judicial Officer
June 30, 2005
Date